No. 318.   GORDON ET AL. *v.* UNITED STATES.

Argued January 11, 1954.   Decided February 8, 1954. *Per Curiam:* Petitioners are business partners in the sale of appliances.   They were convicted under § 603 of the Defense Production Act of 1950, 64 Stat. 814, which provides that "Any person who

*willfully* violates" regulations promulgated under the Act shall be guilty of crime. The jury was instructed that the knowledge of petitioners' employees was chargeable to petitioners in determining petitioners' wilfulness. Because of the instruction, the Government has confessed error. We agree, and accordingly reverse the judgment and remand the case to the District Court for retrial. *John S. Boyden* argued the cause for petitioners. With him on the brief was *Allen H. Tibbals. John R. Benney* argued the cause for the United States. With him on the brief were *Acting Solicitor General Stern, Assistant Attorney General Olney* and *Beatrice Rosenberg.*